IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ROGELIO ARTEAGA** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | CASE NO. 7:18-cv-00092 |
| | § | |
| **STATE FARM LLOYDS,** | § | |
|     **Defendant.** | § | |

## DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL

Defendant State Farm Lloyds ("State Farm") files this Notice of Removal.

### PROCEDURAL BACKGROUND

1. Plaintiff Rogelio Arteaga filed this action on March 23, 2017 against State Farm in the County County No. 2 of Hidalgo County, Texas. That case was docketed under cause number CL-17-1383-B (the "State Court Action"). In his petition, Plaintiff stipulated an amount in controversy of $74,999.00 or less. Additionally, Plaintiff attached a stipulation of damages to his petition.

2. State Farm was served with process on March 31, 2017.

3. State Farm timely filed its Original Answer on April 21, 2017.

4. On November 22, 2017, State Farm filed special exceptions due to Plaintiff's failure to comply with multiple provisions within the Texas Rules of Civil Procedure. In response, on February 2, 2018, Plaintiff filed his First Amended Original Petition. Like the original petition, this amended petition stipulated an amount in controversy of $74,999.00 or less, and it included a (newly signed) stipulation of damages.

5. On February 23, 2018, Plaintiff filed his Second Amended Original Petition. For the first time, Plaintiff stated the amount in controversy "does not exceed the sum of value of

$100,000.00."[1]  Additionally, for the first time, Plaintiff failed to include a stipulation of damages with this petition.

6.   State Farm timely files this Notice of Removal pursuant to 28 U.S.C. §1446(b)(3) to remove the State Court Action from the County Court at Law No. 2 of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division.

## NATURE OF THE SUIT

7.   This lawsuit involves a dispute over the alleged non-payment of insurance benefits and the handling of Plaintiff's claims for damages allegedly sustained as the result of hail, wind, and water damage.  Plaintiff asserts causes of action against Defendant State Farm for declaratory judgment, breach of contract, violations of Chapters 541 & 542 of the Texas Insurance Code, and breach of duty of good faith and fair dealing.[2]

## BASIS FOR REMOVAL

8.   The Court has jurisdiction over this action under 28 U.S.C. § 1332, arising from Plaintiff's Second Amended Petition, because there is and was complete diversity between all real parties in interest (Plaintiff and State Farm) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### *Diversity of Citizenship*

9.   At the time the State Court Action was commenced, Plaintiff was and still is a resident and citizen of Texas.[3]

---

[1] Plaintiff's Second Amended Petition at Section IV.
[2] Plaintiff's Second Amended Petition at Section VI.
[3] See Plaintiff's Original Petition at Section III; Plaintiff's Second Amended Petition at Section III.

10.  State Farm Lloyds was at the time this action was commenced, and still is, a citizen of Illinois, Arizona and Tennessee. State Farm Lloyds is a "Lloyd's Plan" organized under Chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters who were at the time this action was commenced, and still are, all citizens and residents of either Illinois, Arizona or Tennessee, thereby making State Farm Lloyds a citizen of either Illinois, Arizona or Tennessee for diversity purposes. *See Royal Ins. Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of members).

### *Amount in Controversy*

11.  In his Second Amended Petition, Plaintiff seeks monetary damages that do "not exceed the sum or value of $100,000.00."[4] Prior to filing suit, Plaintiff submitted an estimate of alleged damages to his property, totaling $64,791.02. In addition to actual damages, Plaintiff seeks treble damages pursuant to the Insurance Code, exemplary damages, 18 percent statutory interest, attorney's fees, among others.[5] Three times the actual damages amount of $64,791.02 is $194,373.06, well in excess of $75,000.00.

### **REMOVAL IS PROCEDURALLY CORRECT**

12.  This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3). Due to the stipulations of damages included with Plaintiff's Original Petition and First Amended Petition, this case was not removable until Plaintiff filed his Second Amended Original Petition on February 23, 2018.

13.  Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

---

[4] Plaintiff's Second Amended Petition at Section IV.
[5] Plaintiff's Second Amended Petition at Section VI.

14. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81, copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 1A – 1E).

15. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of State Farm Lloyds' Notice of Removal was promptly given to all parties and to the clerk of the County Court at Law No. 2 of Hidalgo County, Texas.

## PRAYER

State Farm Lloyds respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. State Farm Lloyds also requests any additional relief to which it may be justly entitled.

Respectfully submitted,

/s/ *Dan K. Worthington*
Dan K. Worthington
Fed. ID No. 15353/State Bar No. 00785282
**RAMÓN | WORTHINGTON**
900 Kerria
McAllen, Texas 78501
(956) 294-4800 – Phone
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Sofia A. Ramon
Fed. ID No. 20871/State Bar No. 00784811
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
**RAMÓN | WORTHINGTON**
900 Kerria
McAllen, Texas 78501
(956) 294-4800 – Phone

-5-

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 26th day of March, 2018, a true and correct copy of the foregoing document was sent to all counsel of record in this cause, to-wit:

Jose J. Reyna
LAW OFFICE OF JOSE J. REYNA
1420 South 10th Avenue
Edinburg, Texas 78539
Telephone: (956) 513-8511
Fax: (956) 378-9803

                                                                            /s/ *Dan K. Worthington*
                                                                            Dan K. Worthington